DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

4 OCTOBER 2012

| 358A12 | State v. Bryant Lamont Boyd | 1. State's Motion for Temporary Stay (COA-1072-2) | 1. Allowed 08/24/12 |
|---|---|---|---|
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed 08/24/12 |
| | | 3. State's NOA Based Upon a Dissent | 3. - - - |
| | | 4. Def's PDR Under N.C.G.S. § 7A-31 | 4. |
| | | 5. Def's Petition in the Alternative for *Writ of Certiorari* to Review Decision of COA | 5. |
| | | 6. State's Conditional PDR as to an Additional Issue | 6. |
| 359A12 | Clyde Vernon Lovette v. The North Carolina Department of Correction; Alvin Keller, in his capacity as Secretary of Correction; and Rudy Foster, in his capacity as Administrator of Dan River Prison Work Farm<br><br>Charles Lynch v. The North Carolina Department of Correction; Alvin Keller, in his official capacity as Secretary of Correction; and Tim Kerlye, in his capacity as Administrator of Catawba Correctional Center | 1. Respondents' Motion for Temporary Stay (COA11-1081)<br><br>2. Respondents' Petition for *Writ of Supersedeas*<br><br>3. Respondents' NOA Based Upon a Dissent | 1. Allowed 08/24/12<br><br>2. Allowed 08/24/12<br><br>3. - - - |
| 361P12 | State v. William Wesley Sellar, Jr. | 1. Def's Motion for Temporary Stay (COA11-1315)<br><br>2. Def's Petition for *Writ of Supersedeas* | 1. Allowed 08/24/12<br><br>2. |